UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY JOHNSON, | 1:11-cv-02162-GSA-PC |
| Plaintiff, | ORDER ADDRESSING REQUEST TO PROCEED WITH EXCESS PAGES IN FIRST AMENDED COMPLAINT (Docs. 13, 14.) |
| vs. | |
| HICKS, et al., | |
| Defendants. | |

**I.      BACKGROUND**

Timothy Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 30, 2011.  (Doc. 1.)  On July 11, 2013, Plaintiff filed the First Amended Complaint, which awaits the court's requisite screening.  (Doc. 12.)

On July 11, 2013, Plaintiff filed a request for leave to proceed with an excess number of pages in the First Amended Complaint.  (Docs. 13, 14.)

**II.     LEAVE TO PROCEED WITH EXCESS PAGES IN COMPLAINT**

Plaintiff requests leave to proceed with an excess number of pages in the Complaint. Plaintiff argues that "[t]here simply was no other way to adequately cover the information in this case in sufficient detain in order to State a Claim, thereby placing Defendants on full notice of the allegations in the case for them to Answer for." (Motion, Doc. 13 at 3.)

Plaintiff's First Amended Complaint (ACP) contains 58 pages, including 7 pages of exhibits.  At this stage of the proceedings, Plaintiff's ACP awaits the court's required screening pursuant to 28 U.S.C. § 1915A.  The number of pages in Plaintiff's ACP shall be taken into consideration when the ACP is screened, depending on the nature of the ACP and other factors.  The court will screen the ACP and issue a screening order in due time.

### III.   CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's request to proceed with excess pages, filed on July 11, 2013, has been addressed by this order.

IT IS SO ORDERED.

Dated:   **September 15, 2013**                     **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE